## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

| | |
|---|---|
| In re:  Roger Lee Proffitt, Sr. | Case No. 09-50827-FJS |
| Jennifer Erin-Ann Proffitt | Chapter 13 |
| Debtors | |

### Order Settling Motion to Dismiss

**THIS MATTER CAME** to be heard upon the Motion to Dismiss filed by Michael P. Cotter, Chapter 13 Standing Trustee.  Upon representation of the parties that the matter has been **Settled;** it is hereby,

**ORDERED** that the Debtors are to commence making regular plan payments of $265.00 beginning with the April 2013 payment.

**ORDERED** that the Debtors are to cure arrears of $1,205.30 through March 2013 by making an additional payment of $301.33 certified funds for (4) months beginning May 2013 through August 2013, and are to keep all future regular plan payments current.

**It is FURTHER ORDERED** that failure to comply with this Order, the Trustee may file an Order of Dismissal without further notice or hearing of this Court.

May 8 2013
Enter this ___ day of _____ 2013.

_____                                    /s/ Frank J. Santoro

                                                                   _____
                                                                   Judge

Entered on Docket: 5/9/2013

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

I ask for this:

/S/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

Agreed:

/s/ Barry Spear, Esq. for
Linda W Coppinger Esq
Attorney for the debtors
2 Eaton St
Suite 106
Hampton, VA  23669

## LOCAL RULE 9022-1 (C) CERTIFICATION

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Standing Trustee

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

Parties to receive copies:

Linda W Coppinger Esq
2 Eaton St
Suite 106
Hampton, VA  23669

Roger Lee Proffitt, Sr.  & Jennifer Erin-Ann Proffitt
2 Pavilion Place
Hampton, VA  23664

Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320



Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000